# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JAMES BUECHLER,** | * | |
| *Plaintiff,* | * | |
| v. | * | **Case No.: 11-cv-3282** |
| **HILLMARK CORP.** | * | |
| **and DOES 1-10, inclusive,** | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs dismiss this action with prejudice.

Dated:  January 23, 2012              Respectfully Submitted,


                                               /s/ E. David Hoskins
                                        E. David Hoskins, Bar No. 06705
                                        LAW OFFICES OF E. DAVID HOSKINS, LLC
                                        Quadrangle Building at Cross Keys
                                        2 Hamill Road, Ste. 362
                                        Baltimore, Maryland  21210
                                        (410) 662-6500 (Tel.)
                                        (410) 662-7800 (Fax)
                                        *dhoskins@hoskinslaw.com*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 23rd day of January, 2012, a copy of the foregoing was served via e-mail on the following:

[zjhog@comcast.net](mailto:zjhog@comcast.net)
Hillel Schwartzman

This 23rd day of January, 2012.    ___*/s/ E. David Hoskins*_____