IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES BUECHLER                    *

        Plaintiff        *

    vs.                           *    CIVIL ACTION NO. MJG-11-3282

HILLMARK CORP. and DOES 1-10      *
Inclusive
        Defendants       *

*     *     *     *     *     *     *     *     *

JUDGMENT ORDER CLOSING CASE

Pursuant to the Notice of Voluntary Dismissal With Prejudice [Document 5] filed by Plaintiff:

1. All claims herein are dismissed with prejudice.

2. The parties shall bear their own respective costs.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Tuesday, January 24, 2012.

                                        /s/
                              Marvin J. Garbis
                    United States District Judge